UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-08864-VAP (RAO) | Date: | June 5, 2019 |
| Title: | Western Bowl v. Signtronix, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Judgment Creditor: | Attorneys Present for Judgment Debtor(s): |
|---|---|
| James R. Selth | Robert P. Goe |

**Proceedings:** **ORDER TO SHOW CAUSE**

The case was called and counsel for Judgment Creditor Western Bowl ("Judgment Creditor") and Judgment Debtor Signtronix ("Judgment Debtor") entered their appearances. No representative for Judgment Debtor appeared. Proof of service on the Judgment Debtor was lodged with the Court (ECF 18), and Counsel for Judgment Debtor stated that the representative for Judgment Debtor could appear in court for a continued judgment debtor examination on June 26, 2019.

**In light of Judgment Debtor's representative's failure to appear for today's hearing, IT IS HEREBY ORDERED that the Judgment Debtor's representative is to show cause at a hearing on Wednesday, June 26, 2019, at 10 a.m. in Courtroom 590, 255 E. Temple Street, Roybal Federal Building and Courthouse, Los Angeles, California, as to why he/she should not be held in contempt of court for failing to appear at today's hearing.**

**IT IS SO ORDERED.**

: 
Initials of Preparer    dl